```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001196
Cashier ID: khaynes
Transaction Date: 11/16/2007
Payer Name: BRADFORD AND SEARS PC
------------------------------------
CIVIL FILING FEE
 For: BRADFORD AND SEARS PC
 Case/Party: D-ALM-2-07-CV-001009-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 5268
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

VIOLA BELSER V. PROGRESSIVE HALCYON
INSURANCE COMPANY
```