## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 28, 2007

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Belser v. Progressive Halcyon Insurance Company
Civil Action No.  2:07-cv-01009-MHT

The above-styled case has been  reassigned to  Judge William Keith Watkins.

Please note that the case number is now 2:07-cv-01009-WKW.   This new case number should be used on all future correspondence and pleadings in this action.