IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:07cv-1009-WKW |
| ) | |
| PROGRESSIVE HALCYON ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR RULING ON
## MOTION TO REMAND

**COMES NOW** the Plaintiff, Viola Belser, by and through her undersigned counsel, and respectfully moves the Court for a ruling on Plaintiff's Motion to Remand (Doc. 8), and as grounds therefore would show as follows:

1. On November 27, 2007, Plaintiff filed her Motion to Remand, wherein Plaintiff requests an order remanding this cause to the Circuit Court of Montgomery County, Alabama, for further proceedings. (Doc. 8).

2. On January 3, 2008, Plaintiff's motion and Defendant's response thereto were submitted to the Court. (Doc. 13-2).

3. As of this date, the Court has not yet entered a ruling on the Motion to Remand.

4. Plaintiff respectfully requests a ruling on the pending motion.

**WHEREFORE** Plaintiff respectfully requests a ruling on the pending Motion to Remand for the reasons set forth herein.

/s/ Jerry M. Blevins
JERRY M. BLEVINS (BLE003)
Counsel for Plaintiff

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: ATTYJMBlev@aol.com

Case 2:07-cv-01009-WKW-TFM   Document 15   Filed 03/18/2008   Page 2 of 3

2

CERTIFICATE OF SERVICE

    I hereby certify that on the 18th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

        R. Larry Bradford, Esq.
        Bradford & Sears, P.C.
        200 Canyon Road, Suite 100
        Birmingham, Alabama 35216

        /s/ Jerry M. Blevins
        Jerry M. Blevins