IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-1009-WKW |
| ) | |
| PROGRESSIVE HALCYON ) | |
| COMPANY, ) | |
| ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

Upon consideration of Plaintiff's Motion for Ruling on Motion to Remand (Doc. # 15), it is ORDERED the motion is DENIED. The court has substantial civil and criminal dockets and will address the motion in due time.

DONE this 19th day of March, 2008.

                                      /s/  W.  Keith Watkins
                                    UNITED STATES DISTRICT JUDGE